**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 08 CV 1992
JOANNE BLECK,
Plaintiff,
          v.
BAXTER HEALTHCARE
CORPORATION, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BAXTER HEALTHCARE CORPORATION

| |
|---|
| NAME (Type or print) <br> Ellen E. McLaughlin, Esq. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Ellen E. McLaughlin |
| FIRM <br> Seyfarth Shaw LLP |
| STREET ADDRESS <br> 131 S. Dearborn Street, Suite 2400 |
| CITY/STATE/ZIP <br> Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06181045 | (312) 460-5887 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I, Ellen E. McLaughlin, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing **Notice of Attorney Appearance** to be served upon the following, by the Court's electronic case filing (ECF) system on this 9th day of June, 2008:

>Kerry E. Saltzman
>David J. Strubbe
>WILLIAMS, BAX & SALTZMAN, P.C.
>20 North Wacker Drive
>Suite 3230
>Chicago, IL  60606
>(312) 372-3311

            s/Ellen E. McLaughlin