**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 CV 1992

JOANNE BLECK,
Plaintiff,
      v.
BAXTER HEALTHCARE
CORPORATION, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BAXTER HEALTHCARE CORPORATION

| |
|---|
| NAME (Type or print)<br>Ada W. Dolph |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Ada W. Dolph |
| FIRM<br>Seyfarth Shaw LLP |
| STREET ADDRESS<br>131 S. Dearborn Street, Suite 2400 |
| CITY/STATE/ZIP<br>Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6282765 | (312) 460-5000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

    I, Ada W. Dolph, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing **Notice of Attorney Appearance** to be served upon the following, by the Court's electronic case filing (ECF) system on this 9th day of June, 2008:

>Kerry E. Saltzman
>David J. Strubbe
>WILLIAMS, BAX & SALTZMAN, P.C.
>20 North Wacker Drive
>Suite 3230
>Chicago, IL  60606
>(312) 372-3311

                                       s/Ada W. Dolph