**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOANNE BLECK, ) | |
| ) | |
| Plaintiff, ) | Case No. 08CV1992 |
| ) | |
| v. ) | Judge Hart |
| ) | |
| BAXTER HEALTHCARE CORPORATION, ) | Magistrate Judge Keys |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, BAXTER HEALTHCARE CORPORATION, by and through its attorneys, and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, states as follows for its Corporate Disclosure Statement:

1. Baxter Healthcare Corporation's parent corporation is Baxter International Inc.

2. Baxter International Inc. is the only entity which owns more than 5 percent of Baxter Healthcare Corporation's stock.

**DATED: June 9, 2008**                         Respectfully submitted,

                                                BAXTER HEALTHCARE CORPORATION


                                                By        s/Ada W. Dolph
                                                          One of Its Attorneys

Ellen E. McLaughlin
Ada W. Dolph
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on this 9th day of June, 2008, a true and correct copy of the foregoing DEFENDANT'S CORPORATE DISCLOSURE STATEMENT was served on the following by the Court's electronic court filing (ECF) system:

> Kerry E. Saltzman
> David J. Strubbe
> WILLIAMS, BAX & SALTZMAN, P.C.
> 20 North Wacker Drive
> Suite 3230
> Chicago, IL  60606
> (312) 372-3311

s/Ada W. Dolph